THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER J. WHALEN, an individual,<br><br>               Plaintiff,<br><br>    v.<br><br>NATIONAL OCCUPATIONAL HEALTH STRATEGIES, LLC, a Missouri corporation, and SCOTT JONES and the marital community of SCOTT and JANE DOE JONES; LEA ANN SHERIFF and the marital community of LEA ANN and JOHN DOE SHERIFF; CRAIG HELIGMAN and the marital community of CRAIG and JANE DOE HELIGMAN,<br><br>               Defendants. | No. C05-0915 RSM<br><br>STIPULATION AND ORDER TO MOVE TRIAL DATE |

WHEREAS, Plaintiff Peter J. Whalen, by and through his attorneys of record, Scott C.G. Blankenship, Garrett Ferencz and the Blankenship Law Firm, P.S., and Defendants National Occupational Health Strategies, Scott and Jane Doe Jones, Lea Ann and John Doe Sheriff and Craig and Jane Doe Heligman (hereafter, collectively known as "Defendants") by and through their attorneys of record, Amy M. Fowler of Blackwell Sanders Peper Martin, LLP and Susan Stahlfeld and Adam G. Hughes of Miller Nash, LLP, do hereby agree as follows:

STIPULATION AND ORDER TO
MOVE TRIAL DATE
(Cause No. C05-0915 RSM)
KC-1462970-v1                           Page 1 of 3

BLACKWELL SANDERS PEPER MARTIN LLP
TELEPHONE (816) 983-8000
4801 MAIN STREET, SUITE 1000
KANSAS CITY, MISSOURI 64112

Trial in this matter is currently scheduled for February 20, 2007, and the parties' understanding is that a criminal trial is scheduled for the same day, which, absent a continuance or resolution of that case, will be tried ahead of this matter. In addition, the Defendants have also moved for summary judgment on all of Plaintiffs' claims, and the Court's decision on summary judgment will dictate which of Plaintiff's claims will be tried. The claims that remain in this case will, in turn, determine the scope of trial preparations, including which witnesses will be necessary, what motions in limine, jury instructions, voir dire questions, and trial exhibits are mandated, and the scope of the parties' agreed pretrial order and trial briefs. In addition, the Court's decision on summary judgment will also affect the parties' evaluation of this matter for settlement purposes.[1] Finally, all of the Defendants in this matter, as well as numerous other potential trial witnesses, reside outside the state of Washington and must travel to Seattle for the trial. Counsel for Plaintiff has communicated with Court personnel and has been informed that May 14, 2007 is currently open on the Court's trial calendar.

For purposes of judicial efficiency, to allow the parties to prepare for trial in as efficient and as cost-effective a manner as possible, to determine which out-of-state witnesses will be necessary for trial and to provide them as much advance notice as possible for travel arrangements, and to fully evaluate the case for settlement purposes (including the potential for re-entering mediation), the parties respectfully request the Court continue this case to the May 14, 2007 trial date.

The parties have requested, and the Court has granted, one previous continuance in this matter.

IT IS THEREFORE AGREED, by and between the parties to the above-entitled action, that the trial date be continued to May 14, 2007, and all relevant dates based on the trial date,

---

[1] The parties have twice mediated this case unsuccessfully.

STIPULATION AND ORDER TO MOVE TRIAL DATE
(Cause No. C05-0915 RSM)
KC-1462970-v1                Page 2 of 3

BLACKWELL SANDERS PEPER MARTIN LLP
TELEPHONE (816) 983-8000
4801 MAIN STREET, SUITE 1000
KANSAS CITY, MISSOURI 64112

(motions in limine, agreed pretrial order, trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits deadlines), shall also be reset accordingly.

It is so STIPULATED this 22 day of January, 2007.

| THE BLANKENSHIP LAW FIRM | BLACKWELL SANDERS PEPER MARTIN, LLP |
|---|---|
| /s/ Scott C.G. Blankenship | /s/ Amy M. Fowler |
| Scott C.G. Blankenship | Amy M. Fowler |
| WSBA No. 21431 | Mo. Bar No. 52359 (pro hac vice) |
| Garrett R. Ferencz | |
| WSBA No. 32883 | |
| | MILLER NASH, LLP |
| Attorneys for Plaintiff | |
| | /s/ Susan K. Stahlfeld |
| | Susan K. Stahlfeld |
| | WSBA No. 31934 |
| | Adam G. Hughes |
| | WSBA No. 34438 |
| | Attorneys for Defendants |

**IT IS SO ORDERED** this _23_ day of January 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO
MOVE TRIAL DATE
(Cause No. C05-0915 RSM)
KC-1462970-v1                Page 3 of 3

BLACKWELL SANDERS PEPER MARTIN LLP
TELEPHONE (816) 983-8000
4801 MAIN STREET, SUITE 1000
KANSAS CITY, MISSOURI 64112